IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING DOCKET BEFORE JUDGE ROBIN J. CAUTHRON
IN CHAMBERS - 4th Floor Rm 4001

**A PHOTO ID IS REQUIRED FOR ANYONE TO ENTER THE FED. COURTHOUSE**

## THURSDAY, MAY 7, 2015

**NOTICE TO COUNSEL:** A Joint Status Report and Discovery Plan is to be filed with the Clerk of Court no later than **Tuesday, May 5, 201**5   The Status Report is a joint report to be initiated by counsel for plaintiff.  It should include a concise statement of the case to inform the Court of the basic factual background and primary contentions of the parties.  (LCvR16.1)

**You must have an entry of appearance on file and be registered with ECF.**

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Linda Goode** (405-609-5202)  **or Adm. Asst. Lyn Marshala** (405-609-5200).

9:00 A. M.

| CIV-13-280-C | WHITE OAK GLOBAL ADVISORS, LLC | Patrick O. Waddel<br>Richard E. Warzunski<br>J. David Jorgenson |
|---|---|---|
| | VS | |
| | PISTOL DRILLING, LLC., ET AL. | Charles Greenough<br>Patrick L. Stein<br>Rodney K. Hunsinger, II<br>Patrick J. Malloy, III |

9:10 A. M.

| | | |
|---|---|---|
| CIV-13-981-C | J&J SPORTS PRODUCTIONS, INC. | Adam S. Weintraub |
| | VS | |
| | JUANITA Y. DHANANI | Juanita Y. Dhanani, pro se |

9:20 A. M.

| | | |
|---|---|---|
| CIV-14-809-C | BRENDA ROLLINS, ET AL., | Eric N. Edward<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | UNITED STATES POSTAL SERVICE | Rebecca A. Frazier |

9:30 A. M.

| | | |
|---|---|---|
| CIV-14-819-C | BOBBY DRINNON | Seth A. Day<br>(No entry of appearance on file LCvR83.4)<br>Larry G. Ball<br>Tami J. Hines<br>Perry Luther Adams |
| | VS | |
| | DRINNON CONSTRUCTION, LLC, ET AL. | Amber M Brock<br>John R. Brown<br>John E. Vitali<br>Michael A. Rubenstein |

9:40 A. M.

| | | |
|---|---|---|
| CIV-14-1109-C | JODY JORGENSEN | Kent R. McGuire |
| | VS | |
| | CONSECO LIFE INSURANCE COMPANY, ET AL. | C. William Threlkeld<br>Brion B. Hitt |

<u>9:50 A. M.</u>

| | | |
|---|---|---|
| CIV-14-1319-C | OSAGE EXPLORATION & DEVELOPMENT, INC., ET AL. | John J. Griffin, Jr. |
| | | (No entry of appearance on file LCvR83.4) |
| | | L. Mark Walker |
| | | (No entry of appearance on file LCvR83.4) |
| | | Charles V. Knutter |
| | | Jason A. Dunn |
| | | (No entry of appearance on file LCvR83.4) |
| | | Michael R. Perri |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | STEPHENS ENERGY GROUP, LLC | Jodi C. Cole |
| | | Mark D. Christiansen |
| | | Mark H. Ramsey |
| | | (No entry of appearance on file LCvR83.4) |
| | | Stratton Taylor |
| | | Patrick L. Stein |

<u>10:00 A. M</u>.

| | | |
|---|---|---|
| CIV-14-1339-C | ACME ENERGY SERVICES, INC. | John L. Randolph, Jr. |
| | | Lauren A. Pierce |
| | VS | |
| | STERLING POWER & EQUIPMENT, LLC, ET AL. | Courtney M. Wolin |
| | | Michael P. Womack |

<u>10:10 A. M.</u>

| | | |
|---|---|---|
| CIV-14-1381-C | PHILIP MAYER, ET AL., | Carole L. Dulisse |
| | | Jeffrey D. Marr |
| | | (No entry of appearance on file LCvR83.4) |
| | | Jo L. Slama |
| | | (No entry of appearance on file LCvR83.4) |
| | | Steven R. Davis |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | HORACE MANN INSURANCE COMPANY, ET AL. | Brion B. Hitt |
| | | J. Mark McAlester |
| | | Tori S. Levine |

10:20 A. M.

| | | |
|---|---|---|
| CIV-14-1412-C | WANDA DUCK | E. W. Keller<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | RICHARD HOLLAND | Jason T. Rogers<br>Larry D. Ottaway<br>Michael T. Malone |

10:30 A. M.

| | | |
|---|---|---|
| CIV-15-12-C | HEARTLAND PARTS & SERVICES, LLC | Peter L. Scimeca<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | NATIONAL CASUALTY COMPANY, ET AL. | Kerry R. Lewis<br>(No entry of appearance on file LCvR83.4) |

10:40 A. M.

| | | |
|---|---|---|
| CIV-15-166-C | OKLAHOMA GAS & ELECTRIC COMPANY | Rodney L. Cook |
| | VS | |
| | TOSHIBA INTERNATIONAL CORPORATION, ET AL. | Michael D. Duncan |

10:50 A. M.

| | | |
|---|---|---|
| CIV-15-182-C | MR PERRY MART, INC. | J. Drew Houghton |
| | VS | |
| | ADMIRAL INSURANCE COMPANY | Seth D. Coldiron<br>(No entry of appearance on file LCvR83.4) |

<u>11:00 A. M.</u>

| | | |
|---|---|---|
| CIV-15-235-C | HTM UNDERGROUND, LLC | Micah D. Sexton<br>Scott K. Thomas |
| | VS | |
| | J&N UTILITIES, INC. | Lindsey W. Mulinix<br>Russell L. Mulinix |

<u>11:10 A. M.</u>

| | | |
|---|---|---|
| CIV-15-251-C | RACHEL HOWELL | Gregory S. Wilson<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | E-Z MART STORES, INC. | R. Tom Hillis<br>Shannon P. Wheeler |

<u>11:20 A. M.</u>

| | | |
|---|---|---|
| CIV-15-286-C | ANGEL WILSON | Amber L. Hurst<br>Mark E. Hammons |
| | VS | |
| | HOSPITAL HOUSEKEEPING<br>SYSTEMS, LLP, ET AL. | Reagan Madison Fort<br>Robert P. Redemann |