IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

Date:   April 28, 2015

| | | |
|---|---|---|
| PHILIP MAYER, ET AL., | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | CIV-14-1381-C |
| | ) | |
| HORACE MANN INSURANCE | ) | |
| COMPANY, ET AL., | ) | |
| Defendant. | ) | |

ENTER ORDER:

The status/scheduling conference set for Thursday, May 7, 2015, is stricken.

By direction of Judge Robin J. Cauthron we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By: s/ Linda Goode
Deputy Clerk